**Abatement Order filed October 13, 2020**



In The

# Fourteenth Court of Appeals

———————

## NO.  14-20-00572-CV

———————

**MIRADA ENERGY, LLC, MIRADA WILD BASIN HOLDING COMPANY, LLC AND MIRADA ENERGY FUND I, LLC, Appellants**

**V.**

**OASIS PETROLEUM INC., OASIS PETROLEUM NORTH AMERICA, LLC, OASIS MIDSTREAM SERVICES, LLC, OASIS MIDSTREAM PARTNERS LP, BIGHORN DEVCO LLC, BOBCAT DEVCO LLC, AND BEARTOOTH DEVCO LLC, Appellees**

**On Appeal from the 334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-19911**

## ABATEMENT ORDER

Notice was filed on October 7, 2020 that appellees Oasis Petroleum Inc., Oasis Petroleum North America, LLC, and Oasis Midstream Services, LLC (collectively "the Debtors") are in bankruptcy. The Debtors petitioned for voluntary bankruptcy

protection in the United States Bankruptcy Court for the Southern District of Texas on September 30, 2020 under case number 20-34771, *In re Oasis Petroleum, Inc.*

A bankruptcy suspends the appeal from the date when the bankruptcy petition is filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Zimmerer.

2